PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Case 5:23-cv-00081-H   Document 1   Filed 04/17/23   Page 1 of 10   PageID 1

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2023 APR 17 AM 9:45

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

Steven Gerard Mongeau
PETITIONER
(Full name of Petitioner)

vs.

Kelly Rowe
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

Lubbock County Detention
CURRENT PLACE OF CONFINEMENT

213251
PRISONER ID NUMBER

5-23CV-081-H
CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. ___  ___  pretrial detention;
2. ✓   ___  a conviction;
3. ✓   ___  a sentence;
4. ___  ___  jail or prison conditions;
5. ___  ___  a prison disciplinary proceeding;
6. ___  ___  parole or mandatory supervision;
7. ___  ___  time credits;
8. ___  ___  other (specify): _____

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. (Yes)  No  If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. _____

_____

_____

_____

2

1. Place of detention: Lubbock County Detention

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: Poss 4 to 200 grams Convictio

3. Name and location of court in which your case is pending or in which you were convicted: 140th Judge Douglas Freitag

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: _____

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: 10 yrs TDC  5 yrs Probation CTRC  240hrs Community Service $5000 Fines 1yr intensive Out Patient Daily Calls for Criminal sys

6. Check whether a finding of guilty was made:

    a. after a plea of guilty  ✓
    b. after a plea of not guilty
    c. after a plea of nolo contendere

    Attourney Cardine Watson Stand the Prosecutor Wanted me to get help right away and would not argue my case Due to having 70 other Clients and trial going on at same time

7. If you were found guilty, check whether that finding was made by:

    a. a jury
    b. a judge without a jury  ✓

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    Yes    (No) ※ Due to Above explanation

3

9. If you did appeal, give the following information for each appeal:

   a. (1) Name of court and docket or case number: _____

   _____

   (2) Result and date of result: _____

   (3) Grounds raised (list each):

   (a) _____

   _____

   (b) _____

   _____

   (c) _____

   _____

   (d) _____

   _____

   b. (1) Name of court and docket or case number: _____

   _____

   (2) Result and date of result: _____

   (3) Grounds raised (list each):

   (a) _____

   _____

   (b) _____

   _____

   (c) _____

   _____

(d) _____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

**CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.**

a. GROUND ONE: ineffective Counsel

Supporting facts: Never showed me discovery package which showed a Field test by arresting officer Hastings wich Did not test Positive for methamphetmine

b. GROUND TWO: Was told By attorney Cardhe Warson that he had 70 other Clients and had a trial going on

Supporting facts: Did not have my Best interest in hand with that size case load is a conflict of interest

5

c. **GROUND THREE:** Public woric Sent back and fourth switchd from 1 to 4 to 4 to 200

Supporting facts: Was indicted on 4 to 200 grams

d. **GROUND FOUR:** Was Not represented Proferly in Sound State of mind

Supporting facts: Cardine Watson had told me he needed to go take his Physhiatric Prescribtion For what ever his condition is Upon Being told was coming to see me then disappeared for couple weeks while calling office Secretery answers with Baby crying in office changing Diapers while on Phone

11. Relief sought in this petition: Dismissal of Probation since the 10 months Jail credit for apply a time served sentenced

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    Yes   (No)

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: _____

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

        (a) _____

        (b) _____

        (c) _____

        (d) _____

    b. (1) Name of court and docket or case number: _____

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

        (a) _____

7

(b) _____

_____

(c) _____

_____

(d) _____

_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

_____

_____

_____

_____

_____

_____

15. Are you presently represented by counsel?     Yes     (No)
    If so, name, address and telephone number of attorney: _____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?     (Yes)     No

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on ___April 2 2023_____ (month, day, year).

Executed (signed) on __4/2/2023_____ (date).

_____
Signature of Petitioner (required)

Petitioner's current address:

__3502 N Holly_____
__Lubbock Texas 79403___

9

Lubbock County Detention Center
Inmate Name Steven Monzon
SO # 215251    3582 N Holly
PO Box 9133
Seminole, FL 33775-9133    Lubbock TX 79401

LEGAL
INDIGENT
MAIL

RECEIVED
APR 17 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FIRST CLASS
RETURN SERVICE REQUESTED

US POSTAGE PITNEY BOWES
ZIP 79401 $ 000.60
0000386595 APR 13 2023

Att Clerks Office
204 George H. Mahon Federal Building
1205 Texas Ave
Lubbock TX 79401

LEGAL MAIL